# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ROBERT EVANS LEWIS, III, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 5:18-cv-01187-AKK-JHE |
| ALABAMA DEPARTMENT OF MENTAL HEALTH, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On July 18, 2019, the magistrate judge entered a Report and Recommendation, doc. 16, recommending that the petition for writ of habeas corpus be dismissed as moot and the petitioner's amended petition, doc. 15, be opened as a separate habeas action. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this

court. The petition for writ of habeas corpus is due to be **DISMISSED**.[1] A separate dismissal order will be entered.

The Clerk is **DIRECTED** to open a new 28 U.S.C. § 2241 habeas action and docket the amended petition, doc. 15, as the petition in that action.

**DONE** the 19th day of August, 2019.

                                                      **ABDUL K. KALLON**
                                            UNITED STATES DISTRICT JUDGE

---

[1] The petitioner's motion for further relief, (doc. 8), is DENIED AS MOOT.